# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL HOUSING FINANCE AGENCY, | Case No. 2:17-cv-00915-RFB-CWH |
| Petitioner, | |
| v. | |
| THUNDER PROPERTIES, INC., | **ORDER** |
| Respondent. | |

Presently before the Court is Petitioner's motion for issuance of summons (ECF No. 6), filed on April 10, 2017. Respondent has not filed a response. Upon review and for good cause shown, the Court will grant the motion.

IT IS THEREFORE ORDERED that Petitioner's motion for issuance of summons (ECF No. 6) is GRANTED. The Clerk shall issue the summons that is attached to Petitioner's motion as Exhibit A (ECF No. 6-1).

DATED: May 2, 2017.

_____
C.W. Hoffman, Jr.
United States Magistrate Judge

1