Leslie Bryan Hart, Esq. (SBN 4932)
John D. Tennert III, Esq. (SBN 11728)
FENNEMORE CRAIG, P.C.
300 E. Second St., Suite 1510
Reno, NV 89501
Tel:  (775) 788-2228
lhart@fclaw.com; jtennert@fclaw.com
*Counsel for Petitioner Federal Housing
Finance Agency*

(Admitted *Pro Hac Vice*)
Michael A.F. Johnson, Esq.
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Avenue NW
Washington, DC 20001
Tel: (202) 942-5000   Fax: (202) 942-5999
Michael.Johnson@apks.com
*Counsel for Petitioner Federal Housing Finance
Agency*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| FEDERAL HOUSING FINANCE AGENCY, in its capacity as Conservator for the Federal National Mortgage Association and Federal Home Loan Mortgage Corporation,<br><br>                                      Petitioner,<br><br>       vs.<br><br>THUNDER PROPERTIES, INC.,<br><br>                                      Respondent. | CASE NO.:  2:17-cv-00915-RFB-CWH<br><br><br>**STIPULATION AND [PROPOSED] ORDER FOR AN EXTENSION OF TIME TO SUBMIT THE PROPOSED ORDER REQUESTED AT THE MARCH 22, 2018 HEARING**<br><br>**[FIRST REQUEST]** |

        The Federal Housing Finance Agency ("FHFA") and Thunder Properties, Inc.

("Thunder") hereby stipulate to a brief extension to April 12, 2018 for FHFA's counsel to submit

the proposed order requested by the Court at the March 22, 2018 hearing.  (*See* Minutes of

Proceedings, ECF No. 33.)

        FHFA's counsel sent a draft proposed order to Thunder's counsel on April 5, 2018 after

receiving and reviewing the hearing transcript, which was filed on the docket on the evening of

April 4 (ECF No. 34).  FHFA's counsel and Thunder's counsel later spoke by phone and agreed

to a brief extension, which will give Thunder more time to review the draft proposed order and

will give both parties an opportunity to discuss any issues that might arise about the terms of the

proposed order.  This is Petitioner's first request for an extension of time regarding the Order,

and is justified for this reason.

///

///

///

FENNEMORE CRAIG
ATTORNEYS
300 E. SECOND ST.
SUITE 1510
RENO, NEVADA 89501
(775) 788-2200

13819716

Accordingly, the parties stipulate that the deadline to submit the proposed order to the Court shall be extended to April 12, 2018.

DATED: April 5, 2018.

**FENNEMORE CRAIG, P.C.**

By: /s/ Leslie Bryan Hart
    Leslie Bryan Hart, Esq. (SBN 4932)
    John D. Tennert, Esq. (SBN 11728)
    300 E. Second St., Suite 1510
    Reno, Nevada 89501
    Tel: 775-788-2228   Fax: 775-788-2229
    lhart@fclaw.com; jtennert@fclaw.com
        and

**ARNOLD & PORTER KAYE SCHOLER LLP**

  (Admitted Pro Hac Vice)
  Michael A.F. Johnson, Esq.

*Attorneys for Petitioner Federal Housing Financing Agency*

**ROGER P. CROTEAU & ASSOCIATES, LTD.**

By: /s/    Timothy Rhoda
    Roger P. Croteau, Esq. (SBN 4958)
    Timothy Rhoda, Esq. (SBN 7878)
    9120 West Post Road, Suite 100
    Las Vegas, NV 89148
    Tel: (702) 254-7775   Fax: (702) 228-7719
    rcroteau@croteaulaw.com
    tim@croteaulaw.com

*Attorneys for Defendant Thunder Properties, Inc.*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: April 6, 2018

13819716

2

FENNEMORE CRAIG
ATTORNEYS
300 E. SECOND ST.
SUITE 1510
RENO, NEVADA 89501
(775) 788-2200