# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL HOUSING FINANCE AGENCY, in its capacity as Conservator for the Federal National Mortgage Association and Federal Home Loan Mortgage Corporation<br><br>　　　　　　　　Petitioner,<br><br>　　vs.<br><br>THUNDER PROPERTIES, INC.,<br><br>　　　　　　　　Respondent. | CASE NO.: 2:17-cv-00915-RFB-CWH<br><br>**[PROPOSED]** ORDER |

　　　　Before the Court is the Motion of the Federal Housing Finance Agency ("FHFA") to require Respondent Thunder Properties, Inc. ("Thunder") to provide a revised sworn statement outlining the specifics of the search that it conducted to compile a master list of properties in which it has held an interest since September 2009. (ECF No. 29.) Having considered this Motion, Thunder's Response (ECF No. 30), FHFA's Reply (ECF No. 31), the statements made at the March 22, 2018 hearing, and the entire record of this case, the Court hereby ORDERS Thunder to provide a supplement to its sworn statement dated December 5, 2017. This supplement must include the following:

- A detailed, step-by-step description of what Thunder did to search its own records to ensure that the property list was complete. The description must include a description of the files that were searched (including, for electronic files, the file type and application); an explanation of how these files were selected to be searched; and a description of the methodologies used to search them;

- A list of all search terms that Thunder used to search the Washoe County Assessor's website;

- A list of entities in which Thunder has a direct or indirect ownership stake if any such entities exist, or a statement that no such entities exist.

If Thunder determines that there are any properties in which Thunder (or any entities in which Thunder has a direct or indirect ownership stake) claimed an interest at any time since September 2009 that were not included in the master property list previously provided to FHFA, Thunder shall

//////

//////

//////

1

provide the address (including city, state, zip code, and unit number, if any) and APN for any such properties. Thunder must provide the supplement by May 21, 2018.

## **ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: April 19, 2018

Submitted by:

FENNEMORE CRAIG, P.C.
Leslie Bryan Hart, Esq. (SBN 4932)
John D. Tennert, Esq. (SBN 11728)
300 E. Second St., Suite 1510
Reno, Nevada 89501
Tel: 775-788-2228   Fax: 775-788-2229
lhart@fclaw.com; jtennert@fclaw.com
       and
ARNOLD & PORTER KAYE SCHOLER LLP
(Admitted *Pro Hac Vice*)
Michael A.F. Johnson, Esq.
*Attorneys for Petitioner Federal Housing*
   *Finance Agency*